IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCISCO FABIAN | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | No. 13-1656 |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 7th day of October, 2013, upon consideration of the United States' Motion to Dismiss Plaintiff Francisco Fabian's Complaint for failure to file a certificate of merit (Docket No. 8) and Mr. Fabian's Response thereto (Docket No. 9), the Court **HEREBY ORDERS that:**

1. The Government's Motion to Dismiss (Docket No. 8) is **DENIED**;

2. Mr. Fabian **MUST RESUBMIT any exhibits** attached to his Complaint by Monday, October 21, 2013;[1] and

3. Mr. Fabian **SHALL FILE A CERTIFICATE OF MERIT by Friday, December 6, 2013,** or his Complaint may be subject dismissal without prejudice for failure to prosecute.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] Mr. Fabian makes reference to exhibits in his Complaint, including, of relevance here, to Exhibit 3 (Dr. Scott F. Giberman's notes). Neither the Docket nor the Court's file contains these exhibits.